FILED

2012 JUN 18 PM 12: 02

CLERK [...]
SOUTHERN DIST[...]

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11CR1203-WQH |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| ANDREW RANGEL, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant Andrew Rangel be dismissed without prejudice.

DATED: June __, 2012

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE